UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY SCOTT,<br><br>    Plaintiff,<br><br>       v.<br><br>WARDEN CALVIN JOHNSON,<br><br>    Defendants. | NO. EDCV 16-383-ODW (AGR)<br><br><br>ORDER OF DISMISSAL |

     On May 3, 2019, the Court dismissed Plaintiff's Complaint with leave to file a Second Amended Complaint within 30 days after entry of the order. The Court warned Plaintiff that failure to file a timely Second Amended Complaint may result in dismissal of this action.  (Dkt. No. 73.)

     Plaintiff failed to file a Second Amended Complaint or request an extension of time to do so.

1    Accordingly, IT IS ORDERED that this action is DISMISSED.

2         **IT IS SO ORDERED.**

3

4

5    DATED: June 24, 2019

6                                      OTIS D. WRIGHT, II
                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28